IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| GLENDA C. DELK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 2:06-00021 |
| | ) | JUDGE HAYNES |
| HOME QUALITY MANAGEMENT, INC., | ) | |
| and HOME QUALITY MANAGEMENT, | ) | |
| INC., d/b/a FENTRESS COUNTY CARE | ) | |
| & REHABILITATION CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendants' motion to dismiss (Docket Entry No. 7) is **GRANTED**. The Defendants' motion for sanctions under Fed.R.Civ.P. 11 (Docket Entry No. 19) is **DENIED**. This action is **DISMISSED with prejudice**. Pursuant to Fed.R.Civ.P. 54(d)(1), the Defendants are awarded their costs in this action.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 25th day of August, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge